IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ANNE MARIE BRYANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 115-131 |
| | ) | |
| THE KROGER COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### REVISED SCHEDULING ORDER

Having heard from both parties during a telephone conference on March 30, 2016, the Court **GRANTS** an extension of case deadlines as follows:

| | |
|---|---|
| CLOSE OF DISCOVERY | May 31, 2016 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | June 30, 2016 |

As discussed during the conference, the additional sixty days of discovery is for the purpose of obtaining discovery concerning the other similar incident ("OSI") information that is the subject of the pending discovery motion, (doc. no. 45). By no later than the close of business on April 15, 2016, counsel shall file a joint status report informing the Court of their progress on the identification and production of OSI information.

No further clarification of the stated deadlines is necessary, and the Court **DENIES** "Plaintiff's Emergency Motion for Clarification of the Motion Deadline." (Doc. no. 55.)

SO ORDERED this 30th day of March, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA